**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**S. Jay MATSUMARU, Defendant–
Appellant.**

No. 02–10560.

D.C. No. CR–97–00974–SOM.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2003.*

Decided Oct. 17, 2003.

Omer G. Poirier, Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

DeAnna S. Dotson, Esq., Kapole, HI, for Defendant–Appellant.

Before WARDLAW, BERZON and CLIFTON, Circuit Judges.

## MEMORANDUM **

S. Jay Matsumaru appeals the district court's restitution order. We have jurisdiction pursuant to 18 U.S.C. § 3742, and we affirm.

Previously, we affirmed Matsumaru's conviction on two counts of wire fraud and two counts of visa fraud. *See United States v. Matsumaru,* 244 F.3d 1092, 1103–1105 (9th Cir.2001). We also affirmed the sentence imposed, except with respect to the restitution amount, and remanded for the district court to "deduct the actual value of the van and the license from the $50,000 restitution order." *Id.* at 1109.

After a full hearing on the matter, the district court reduced the amount of restitution from $50,000 to $38,320, reflecting a deduction of $11,650 for the retail value of the van and $30 for the license. Based on the record before us, we cannot say that the district court clearly erred by finding that the actual value of the license purportedly transferred to the victim was only $30–the amount of the license filing fee. *See United States v. Foreman,* 329 F.3d 1037, 1039 (9th Cir.2003) (stating that "[f]actual findings supporting an order of restitution are reviewed for clear error").

AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Armando Elmer SANCHEZ–URIAS,
Defendant–Appellant.**

No. 02–10407.

D.C. No. CR–91–00554–CKJ.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Oct. 14, 2003.*

Decided Oct. 17, 2003.

Elizabeth Ann Farr, Esq., Christina M. Cabanillas, USTU–Office of the U.S. Attorney, Evo A. DeConcini U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

Francisco Leon, Esq., Law Office of Francisco Leon, Tucson, AZ, for Defendant–Appellant.

Before WARDLAW, BERZON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Armando Elmer Sanchez–Urias appeals his 12–month sentence imposed following the district court's revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and we affirm.

Sanchez–Urias contends the district court erred by imposing a consecutive sentence without providing him with notice. The district court did not clearly err by imposing consecutive sentences. See U.S.S.G. § 7B1.3(f), policy statement (stating that "any term of imprisonment imposed upon the revocation of probation or supervised release shall be ordered to be served consecutively to any sentence of imprisonment that the defendant is serving"). To the extent that notice is re-

quired, the record demonstrates it was provided.

AFFIRMED.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Eric WILLIAMS, Defendant— Appellant.**

**No. 02–10538.**

**D.C. No. CR–02–00035–CRB.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 7, 2003.

Decided Oct. 20, 2003.

Before GOODWIN, KLEINFELD, Circuit Judges, and JONES,* District Judge.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The Honorable Robert E. Jones, United States District Judge for the Oregon, sitting by designation.